IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD TINSLEY, Individually, and as
Administrator of the Estate of
JAMES E. TINSLEY, II, Deceased, and
TRACY L. TINSLEY DECKARD, Individually,
and as Beneficiary**,

**Plaintiffs,**

v.                                                                                    No. 14-0100-DRH

**JOHN M. BARNEY, et al.,**

**Defendants.**

## ORDER

**HERNDON, District Judge:**

      Having been advised in the premises, and for good cause shown, the Court finds third-party defendant Ormsby Trucking, Inc.'s settlement with plaintiffs as documented in the Release, Exhibit A to third party defendant Ormsby Trucking, Inc.'s motion for good faith finding and motion to dismiss third party plaintiffs' complaints, to be in good faith. Accordingly, all third party complaints for contribution against third party defendant Ormsby Trucking, Inc., including those filed by third party plaintiffs Victor Sanchez and Vito LLC, and Federal Express

Corporation (Docs. 82 & 83), are hereby dismissed with prejudice, each party to bear their own costs.

**IT IS SO ORDERED.**

Signed this 27th day of March, 2015.

Digitally signed by David R. Herndon
Date: 2015.03.27 13:45:30 -05'00'

**United States District Court**