IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD TINSLEY, Individually, and
as Administrator of the Estate of
JAMES E. TINSLEY, II, Deceased; and
TRACY L. TINSLEY DECKARD,
Individually, and as Beneficiary,

      Plaintiffs,

      -vs-                    NO:  14-cv-100-DRH-PMF

JOHN M. BARNEY; FEDERAL
EXPRESS CORPORATION; FEDEX
EXPRESS CORPORATION; FEDEX
FREIGHT SYSTEM, INC.; FEDEX
FREIGHT, INC.; VICTOR SANCHEZ;
VITO LLC; and JOHN DOE
DEFENDANTS A-Z,

      Defendants.

**ORDER FINDING GOOD FAITH SETTLEMENT AND DISMISSING
PLAINTIFFS' CAUSE OF ACTION WITH PREJUDICE AS
TO VICTOR SANCHEZ AND VITO LLC**

      This matter comes before the Court on the Motion filed by the Defendants, VICTOR SANCHEZ and VITO LLC, for a finding of good faith settlement between Plaintiffs, RICHARD TINSLEY, Individually, and as Administrator of the Estate of JAMES E. TINSLEY, II, Deceased, and TRACY L. TINSLEY DECKARD, Individually, and as Beneficiary, and said Defendants, pursuant to the Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/0.01, et seq., and dismissal of said Defendants, and the Court having considered said Motion, and being fully advised, it is hereby ORDERED as follows:

1. The Court finds that Plaintiffs and Defendants, VICTOR SANCHEZ and VITO LLC, have negotiated a settlement at arm's length.

2. The Court finds that the settlement between said parties includes a monetary payment to the Plaintiffs as Administrator of the ESTATE OF JAMES E. TINSLEY, II for the benefit of his estate and the benefit of his next.

3. The Court finds that the terms of the settlement include a release of VICTOR SANCHEZ and VITO LLC, and their respective agents and employees.

4. The Court hereby finds that the aforesaid settlement is a good faith settlement as contemplated by the Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/0.01, et seq.

5. Plaintiffs' cause of action against VICTOR SANCHEZ and VITO LLC, is hereby DISMISSED WITH PREJUDICE and WITHOUT COSTS, and in bar of any action that might be brought against VICTOR SANCHEZ and VITO LLC, or any of their agents or employees, by the personal representative of the Estate of JAMES E. TINSLEY, II, Deceased, in behalf of the estate or the next of kin of JAMES E. TINSLEY, II, and any action for contribution that might be brought against VICTOR SANCHEZ and VITO LLC, or any of their agents or employees, as a result of the injuries or death of JAMES E. TINSLEY, II that were the subject of this suit.

DATED: March 27, 2015

Digitally signed by David R. Herndon
Date: 2015.03.27 10:52:00 -05'00'

United States District Judge