## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**RICHARD TINSLEY et al**,

     **Plaintiff,**

**v.**

**JOHN M. BARNEY et al,**

     **Defendants.**                       **No. 14-cv-100-DRH**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court on Plaintiff's

Motion to Dismiss (Doc. 141).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order

entered on August 31, 2015 (Doc. 142) granting Plaintiff's Motion to Dismiss, this

case is **DISMISSED** with prejudice as to all parties.

              **JUSTINE FLANAGAN,**
              **ACTING CLERK OF COURT**

              **BY:**   **/s/*Caitlin Fischer***
                    **Deputy Clerk**

Dated:   August 31, 2015

Digitally signed by
David R. Herndon
Date: 2015.08.31
14:18:07 -05'00'

APPROVED:
      U.S. DISTRICT JUDGE
      U. S. DISTRICT COURT